UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-MJ-1211

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | ORDER |
| ) | |
| SAMANTHA R. PORTER ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss the above-captioned matter with prejudice.

2. After due consideration, the Court hereby ALLOWS the Motion to Dismiss With Prejudice.

3. The Court finds that dismissal with prejudice is in the best interest of justice.

So ORDERED this  19th  day of  September , 2016.

*Kimberly A. Swank*
United States Magistrate Judge